# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

THE PENSION TRUST (LEAD PLAINTIFF)
        Plaintiff(s)

      v.                        CIVIL ACTION NO. 1:17cv-11980-LTS

J.JILL, INC., ET.AL.
        Defendant(s)

## JUDGMENT IN A CIVIL CASE

SOROKIN, D.J.

_____ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

The [44] [46] Motions to Dismiss are ALLOWED. Judgment is entered in favor of Defendants and against Plaintiff on all claims, with each side to bear its own fees and costs.

                                      ROBERT M. FARRELL
                                      CLERK OF COURT

Dated: 12/20/2018                    By   /s/ Mariliz Montes
                                                Deputy Clerk